# Exhibit 6

*Diaz v. New York Paving Inc.*, No. 18 Civ. 4910 (ALC) (GWG)
**U.S. District Court for the Southern District of New York**

---

**REMINDER –**

**THE DEADLINE TO JOIN THIS COLLECTIVE ACTION LAWSUIT FOR UNPAID OVERTIME AND RECEIVE MONEY FROM ANY POTENTIAL RECOVERY**

**IS [INSERT DATE]**

---

This Notice is to remind you that the deadline to join the wage and hour lawsuit currently pending against New York Paving Inc. is _____. If you want to participate in the lawsuit, as detailed in the prior "Notice of Federal Overtime Lawsuit Against New York Paving Inc." that was previously sent to you, you <u>MUST</u> email, mail, or fax a completed "Consent to Join" form (see enclosed form) to Plaintiff's counsel at the following address:

**WITTELS LAW, P.C.**
18 HALF MILE ROAD
ARMONK, NEW YORK 10504

EMAIL: SLW@WITTELSLAW.COM
FAX:  (914) 273-2563

Email the completed Consent to Join to the email address above, or you can mail the Consent to Join in the pre-paid addressed envelope enclosed for your convenience.

Further information about this Notice, or answers to questions concerning this lawsuit may be obtained by contacting Plaintiff's counsel Wittels Law by (a) telephone at (914) 319-9945 or (b) email at slw@wittelslaw.com.

This Notice and its contents have been authorized by the United States District Court for the Southern District of New York.  The Court has not decided whether or not New York Paving has violated the law.  **<u>Do not contact the Court regarding this Notice.</u>**

**CONSENT TO JOIN FORM**

I was employed as a home care worker at New York Paving Inc. in New York at some time after June 3, 2015.

I consent to join the collective action named *Diaz v. New York Paving Inc.*, No. 18 Civ. 4910 (ALC) (GWG), to recover unpaid wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and other relief under state law.

I choose to be represented in the matter by Plaintiff's counsel, Wittels Law, P.C., in this action.

Name: _____

Address: _____
           Number/Street

_____
City                              State                          Zip Code

Telephone: (____)_____ Email: _____

Signature: _____ Dated: _____, 2018


*Please Return to:*

**WITTELS LAW, P.C.**
18 HALF MILE ROAD
ARMONK, NEW YORK 10504
Telephone: (914) 319-9945
Facsimile: (914) 273-2563
Email: slw@wittelslaw.com

**THIS FORM MUST BE EMAILED, POSTMARKED OR FAXED NO LATER THAN [INSERT DATE], 2018. IF THIS FORM IS NOT TURNED IN, YOU WILL NOT BE A PART OF THIS LAWSUIT.**