

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Nicholas P. Melito, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 183*
*Writer's Facsimile: (516) 237-2893*
*Email: nmelito@meltzerlippe.com*

March 4, 2020

**VIA ECF**
Honorable Gabriel Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl St., Courtroom 6B
New York, NY 10007

# MEMO ENDORSED

      **Re:**    *Diaz v. New York Paving, Inc.*
             **Docket No. 18-CV-04910(ALC)(GWG)**
             **MLGB File No. 09676-00110**

Dear Judge Gorenstein:

      This firm represents Defendant New York Paving ("Defendant" or "NY Paving") in the above-referenced matter. Due to a conflict of Defense Counsel, we write, with consent of Plaintiff, to seek an adjournment of the Court Conference currently scheduled for March 16, 2020 at 11:00 a.m. regarding the parties' dispute with respect to the substance of the proposed order. In accordance with Your Honor's Individual Practices, Section 1(F), the parties have conferred and propose the morning of Friday, April 3, 2020 to reschedule the above-referenced conference. Your Deputy Clerk has informed our office this date and time is available with the Court.

      NY Paving sincerely thanks the Court for its time and consideration of the foregoing request to adjourn the court conference from March 16, 2020 until **April 3, 2020** *at 11:00 a.m.*

Respectfully submitted,

*Nicholas P. Melito*

NPM/kc

cc:    All Counsel of Record (*via ECF*)

SO ORDERED: DATE 3/4/20
*/s/ Gabriel W. Gorenstein*
GABRIEL W GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

1001005.2