UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                          :

EDGARDO DIAZ,
                                                          :

        Plaintiff,                          ORDER

                                                          :

    -v.-

                                                          :      18 Civ. 4910 (ALC) (GWG)

NEW YORK PAVING INC.,                 :

        Defendant.                    :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The conference scheduled for April 3, 2020 at 11:00 a.m. <u>shall take place by means of a telephone conference call</u>.

       Instead of following the instructions provided in the Court's previous order, Docket # 91, the parties should dial (888) 557-8511 at the time of the conference and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) All counsel who intend to speak during the call must use a landline or phone with equivalent quality. Also, when addressing the Court, counsel must <u>not</u> use a speakerphone.

       Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at: http://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

       SO ORDERED.

Dated: March 30, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge