UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                              :

EDGARDO DIAZ,

                                                                              :

        Plaintiff,                                  <u>ORDER</u>

                                                                              :

   -v.-

                                                                              :      18 Civ. 4910 (ALC) (GWG)

NEW YORK PAVING INC.,                            :

        Defendant.                            :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A discovery conference to resolve the dispute(s) raised in Docket # 104 shall take place on Wednesday, July 15, 2020, at 4:30 p.m.  If not already filed, a responsive letter must be filed in accordance with paragraph 2.A of this Court's Individual Practices.  It is the Court's intention to decide the dispute based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

     At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: July 10, 2020
      New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge