UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDGARDO DIAZ,                                      :

                                                     :        <u>ORDER</u>
                   Plaintiff,

                                                   :        18 Civ. 4910 (ALC) (GWG)
   -v.-

                                                   :
NEW YORK PAVING INC.,
                                                   :

                 Defendant.          :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on Docket # 145 and 159 will take place on Wednesday, December 16, 2020 at 4:00 p.m.  At that time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: December 3, 2020
      New York, New York

                                                           _____
                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge