

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Christopher P. Hampton, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 153*
*Writer's Facsimile: (516) 237-2893*
*Email: champton@meltzerlippe.com*

May 12, 2021

<u>**VIA ECF**</u>
Honorable Gabriel Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl St., Courtroom 6B
New York, NY 10007

**MEMORANDUM ENDORSEMENT**

      Re:   *Diaz v. New York Paving, Inc.*
              **Docket No. 18-CV-04910(ALC)(GWG)**
              <u>**MLGB File No. 09676-00110**</u>

Dear Judge Gorenstein:

      This firm represents Defendant New York Paving ("Defendant") in the above-referenced matter. Due to a previously scheduled conflicting conference in another matter, we write with Plaintiffs' consent to seek an adjournment of the Court Conference currently scheduled herein for May 14, 2021 at 4:00 p.m. *See* ECF No. 198.[1] Pursuant to Your Honor's Individual Practices, Section 1(F), your Deputy Clerk has informed our office <u>**Thursday, May 20 at 4:00 p.m.**</u> is available with the Court, and the Parties consent to appearing at such time. Defendant sincerely thanks the Court for its consideration of the foregoing request to adjourn the currently scheduled Court Conference from May 14, 2021 until **May 20, 2021**.

                                                              Respectfully submitted,

                                                              */s/ Christopher P. Hampton*

CPH/kc                                                            Christopher P. Hampton

      cc:    All Counsel of Record (*via ECF*)

---

[1] Defendant respectfully notes that the Order scheduling this conference was issued just yesterday afternoon on Tuesday, May 11, 2020. *See* ECF No. 198. As such, Defendant could not have made the instant request at least five business days in advance of same as contemplated by Your Honor's Individual Practices, Section 1(F). Instead, this application is timely made in that it was made as soon as possible following Defendant becoming aware of the instant Conference being scheduled, and following Defendant confirming amenable dates of availability with your Deputy Clerk and with Plaintiffs' Counsel.

4844-2635-4153, v. 2

MEMORANDUM ENDORSEMENT

1:18-cv-04910-ALC-GWG   Document 199

Conference adjourned to May 20, 2021, at 4:00 pm. Same dial-in information.

So Ordered.

*GABRIEL W. GORENSTEIN*
United States Magistrate Judge

May 12, 2021