# EXHIBIT N

| | |
|---|---|
| **From:** | Steven Wittels |
| **To:** | Nicholas P. Melito; Jon Farrell; Larry R. Martinez; Ana Getiashvili; Christopher Hampton |
| **Cc:** | Steven D. Cohen; Russell Busch; Burkett McInturff |
| **Subject:** | Re: Diaz v NY Paving - Meet and Confer needed Immediately Re NY Paving Old Bethpage Facility |
| **Date:** | Monday, March 22, 2021 3:31:15 PM |
| **Attachments:** | image001.png |

Counsel:

We just became aware that Defendant New York Paving has a facility in Old Bethpage, NY which employs pavers who do the same type of work performed by pavers out of the LIC yard.

We need to have an immediate meet and confer with you as to why this information was never disclosed to Plaintiffs' counsel, and understand why Defendant failed to produce any discovery as to this facility.

Please let us know your availability for a meet and confer today at 5 PM, tomorrow Tuesday March 23 at 9 AM or 4:30 PM, or Wednesday March 24 to discuss this issue.

Thank you, SLW

**Steven L Wittels**

WMP | Partner
18 Half Mile Road | Armonk NY 10504
slw@wittelslaw.com | https://wittelslaw.com
Phone: 914 319-9945  | Fax: 914 273 2563



The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.