```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/20/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**EDGARDO DIAZ,** *Individually and on Behalf of All Others Similarly Situated*,

                            **Plaintiff,**

-against-

**NEW YORK PAVING INC.,**

                            **Defendant.**

**18-CV-4910 (ALC) (GWG)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' letters regarding Defendant's request for a pre-motion conference in connection with Defendant's anticipated motion to dismiss Opt-In Plaintiffs Smith and Oliver. ECF Nos. 219, 224. The Court is also in receipt of the parties' letters regarding Plaintiff's request for a pre-motion conference in connection with Plaintiff's anticipated motion for Rule 23 Class Certification and Defendant's request for a pre-motion conference in connection with Defendant's anticipated motion for Collective Decertification. ECF Nos. 220, 223. Upon review of the submissions, the Court denies the parties' requests for a pre-motion conference. The parties are hereby GRANTED leave to file their respective Rule 23 Class Certification and Collective Decertification motions on the following schedule:

- Opening brief: September 20, 2021
- Opposition brief: November 19, 2021
- Reply brief: December 20, 2021

       Defendant is hereby DENIED leave to file a motion to dismiss Opt-In Plaintiffs Smith and Oliver without prejudice to renewal once the Court has decided the Rule 23 Class Certification and Collective Decertification motions.

**SO ORDERED.**

**Dated:**     **July 20, 2021**
               **New York, New York**

_____
                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**