USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___08/24/2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGARDO DIAZ, *Individually and on Behalf of All Others Similarly Situated*,

                                    Plaintiff,

                    -against-

NEW YORK PAVING INC.,

                                    Defendant.

18-CV-4910 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are reminded that tomorrow's conference will be over the phone. The parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:        **August 24, 2021**
              **New York, New York**

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**