USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __1/18/2022____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**EDGARDO DIAZ,**                                          :
                                                           :
                                       **Plaintiff,**      :
                                                           :        **18-cv-4910 (ALC)**
                  **-against-**                            :
                                                           :        **ORDER**
**NEW YORK PAVING INC.,**                                  :
                                                           :
                                       **Defendant.**      :
                                                           :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

        The Court is in receipt of the Parties' letters.  *See* ECF No. 257, 258.  Plaintiff is hereby

GRANTED an enlargement of 7-pages for their Reply in Support of Plaintiff's Motion for Class

Certification.  The requested adjustment to the briefing schedule is hereby **GRANTED**.

Plaintiff is directed to file their reply on or before February 9, 2022.


**SO ORDERED.**

**Dated:         January 18, 2022**
               **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**