

May 31, 2023

<u>Via ECF</u>
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St
New York, New York 10007

MEMORANDUM ENDORSED

Re:   <u>*Diaz v. New York Paving Inc.*, No. 18 Civ. 4910 (ALC) (GWG)</u>

Dear Judge Gorenstein:

With Defendant New York Paving's consent, we write on behalf of Plaintiff Diaz, the FLSA Collective, and the Certified Class ("Plaintiffs") to request an additional three days until this Monday, June 5, 2023 to submit a joint letter to Your Honor setting forth the parties' respective proposals for the completion of all remaining pre-trial tasks necessary to ready the case for trial.

The reason for this second request is that the parties have reached further agreement on a number of pre-trial issues, yet still need additional time to explore potential resolution on other remaining issues. Thus Plaintiffs believe it would be more efficient for the Court to consider the proposals in one letter on Monday rather than parsing separate submissions.

We anticipate this will be our last request on this scheduling submission. Thank you for the Court's attention to this request.

Respectfully submitted,

/s/ Steven L. Wittels
Steven L. Wittels

cc:   All Counsel of Record (via ECF)

Extension to June 5, 2023, granted.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 1, 2023