

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

# MEMORANDUM ENDORSED

*Christopher P. Hampton, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 153*
*Writer's Facsimile: (516) 237-2893*
*Email: champton@meltzerlippe.com*

July 21, 2023

**VIA ECF**
Honorable Gabriel Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl St., Courtroom 6B
New York, NY 10007

      Re:    *Diaz v. New York Paving, Inc.*
              **Docket No. 18-CV-04910(ALC)(GWG)**
              **MLGB File No. 09676-00110**

Dear Judge Gorenstein:

      This firm represents Defendant New York Paving ("Defendant") in the above-referenced matter. We write pursuant to Your Honors' Individual Practice Rule 1(E) to request a brief, two day adjournment of the time by which the Parties must submit the Class Notice to Judge Carter, as noted in Your Honor's order dated June 7, 2023 (ECF No. 288).

      Pursuant to Rule 1(E): (1) Defendant wishes to adjourn the Class Notice submission deadline from July 31, 2023 to August 2, 2023; (2) this is the first request for an extension; (3) the Parties need the extension as they are continuing to negotiate the terms of the Class Notice and need the additional time to resolve any remaining disputes; and (4) Plaintiff consents. We also note this request affects no other deadlines or dates.

      As such, we respectfully request the deadline by which the Parties must submit the Class Notice for approval to Judge Carter be adjourned from July 31, 2023 to August 2, 2023.

      We sincerely thank the Court for its time and consideration of the foregoing request.

                                            Respectfully submitted,
                                            /s/
cc:    All Counsel of Record (*via ECF*)    Christopher P. Hampton

Extension granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 21, 2023