UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDGARDO DIAZ                                     :

       Plaintiff,                              :     ORDER

-v.-                                                          :
                                                           18 Civ 4910 (ALC) (GWG)
NEW YORK PAVING INC.,                 :

       Defendant.                           :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   Plaintiffs have leave to file a letter in reply to Docket # 322 on or before June 19, 2024.

   SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge