UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDGARDO DIAZ                                          :

        Plaintiff,                           :        <u>ORDER</u>

  -v.-                                                       :
                                                          18 Civ. 4910 (ALC) (GWG)
NEW YORK PAVING INC.,                         :

        Defendant.                        :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     In light of the pendency of the discovery dispute (Docket # 320), and its apparent relationship to the proposed motion to dismiss, the deadlines for the briefing of that motion as set forth in Docket # 319 are adjourned sine die. Within three business days of the Court's ruling on the discovery dispute, the parties shall propose a new briefing schedule.

     SO ORDERED.

Dated: June 13, 2024
       New York, New York

                                                             GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge