UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                              :

EDGARDO DIAZ,

                                              :

              Plaintiff,                      ORDER

                                              :

      -v.-

                                            :      18 Civ. 4910 (ALC) (GWG)

NEW YORK PAVING INC.,              :

           Defendant.         :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court issues the following Order with respect to the issues raised in Docket ## 337, 338.

Briefing Schedule

      In light of its age, this case must be advanced as expeditiously as possible.  Thus, the Court will not set a briefing schedule on defendant's proposed motion that awaits the disposition of any objections or that extends the time periods for the briefing originally ordered by Judge Carter.  Judge Carter set a schedule that allowed 21 days for the filing of the motion (Docket # 319).  Defendant had 13 days to prepare that their motion before briefing was suspended (Docket # 325).  Nonetheless, the Court will allow 14 days (rather than 8 days) for the filing of the motion on the theory that defendant may require a few days to re-start the drafting process. The remaining due dates will follow Judge Carter's original time intervals.

      Accordingly, the briefing schedule on the defendant's proposed motion to dismiss or for summary judgment is as follows:

Defendant's motion due: July 31, 2024
Opposition due: August 14, 2024
Reply due: August 21, 2024.

The parties may agree to short extensions of these deadlines as long as the agreement is presented to the undersigned for approval.

Updated Payroll Discovery

      Defendant shall produce the requested data on or before August 2, 2024.

Expert Discovery

      The deadline for the completion of expert depositions is extended to September 24, 2024.

SO ORDERED.

Dated: July 17, 2024
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge