UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDGARDO DIAZ                                          :

        Plaintiff,                           :    <u>ORDER</u>

  -v.-                                                       :
                                                                                                18 Civ 4910 (ALC) (GWG)
NEW YORK PAVING INC.,                      :

        Defendant.                         :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The Clerk of Court is directed to make Docket # 381 viewable to plaintiff's counsel, defendant counsel and Court users only.

     SO ORDERED.

Dated: February 20, 2025
         New York, New York

                                                                      _____
                                                                        GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge