UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDGARDO DIAZ                                            :

        Plaintiff,                           :      <u>ORDER</u>

-v.-                                                              :
                                                         18 Civ 4910 (ALC) (GWG)
NEW YORK PAVING INC.,                              :

        Defendant.                         :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The Clerk of Court is directed to make the entirety of Docket # 381 and its attachments (Docket ## 381-1 through 381-6) viewable to the public.

       SO ORDERED.

Dated: March 10, 2025
       New York, New York

                                               _____
                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge