UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDGARDO DIAZ                                        :

        Plaintiff,                       :    <u>ORDER</u>

-v.-                                                :
                                                              18 Civ 4910 (ALC) (GWG)
NEW YORK PAVING INC.,                               :

        Defendant.                       :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The plaintiff has leave to file a reply letter to Docket # 393 on or before April 4, 2025. The defendant has leave to file a reply letter relating to its applications in Docket # 394 and 396. Any such letter shall be filed within two business days of the filing of plaintiff's opposition.

      The reply letters shall address only matters raised in the opposition letters, except that the reply to Docket # 393 may also address any issue of mootness that has arisen as a result of Judge Carter's recent rulings.

      SO ORDERED.

Dated: April 1, 2025
       New York, New York

                                                        _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge