UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                          :

EDGARDO DIAZ
                                                                          :

       Plaintiff,                                      ORDER
                                                                          :

  -v.-
                                                                          :         18 Civ. 4910 (ALC) (GWG)

NEW YORK PAVING INC.                       :

       Defendant.                      :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the discovery disputes raised in Docket ## 381, 385, 394, 396 will take place on Thursday, May 1, 2025, at 3:30 p.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.  It is the Court's intention to decide the dispute based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required.

      This is the only matter scheduled for this date and time.  Please be sure to arrive sufficiently in advance so that the conference may begin on time.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      Finally, it appears to the Court that the pending discovery disputes (other than the one initiated by Docket # 381) may have been mooted in whole or in part by the issuance of Judge Carter's opinion yesterday (Docket # 413).  Accordingly, the parties are directed to file either a joint letter or separate letters on ECF on or before Tuesday, April 29, 2025, addressing whether any part of these disputes remain and, if so, how the parties' positions or the relief sought has been affected by Judge Carter's opinion.

      SO ORDERED.

Dated:  April 25, 2025
       New York, New York

                                                                            GABRIEL W. GORENSTEIN
                                                                            United States Magistrate Judge