UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDGARDO DIAZ                                          :

       Plaintiff,                           :     <u>ORDER</u>

  -v.-                                                      :
                                                                    18 Civ. 4910 (ALC) (GWG)
NEW YORK PAVING INC.,                          :

       Defendant.                        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The time of the conference on Thursday, May 1, 2025, is changed to 10:30 a.m. The provisions of Docket # 414 otherwise remain in effect.

      SO ORDERED.

Dated: April 28, 2025
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge