**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/1/2025__

Houston, Texas 77010
Bill.Helfand@lewisbrisbois.com
Direct: 832.460.4614

April 25, 2025                                                                                   File No. 56041.2

**VIA ELECTRONIC SERVICE**
**And E-Mail**
The Honorable Judge Andrew L. Carter, Jr.
United States District Court, Southern District of New York
Email: ALCarterNYSDChambers@nysd.uscourts.gov

    Re:    Case No. 1:18-cv-04910-ALC-GWG; Diaz v New York Paving Inc.; in the United States District Court for the Southern District of New York

Your Honor:

Counsel for Defendant, New York Paving Inc. writes to address the Court's Order adjourning the status conference in this case from April 29, 2025 until May 6, 2025.

William Helfand, who will serve as lead counsel for trial of this case. is previously set for trial beginning May 5, 2025 in Case No. 4:19-cv;04920; *Emily Rivera, et al v. Harris County, Texas et al*; in the United States District Court for the Southern District of Texas, Houston Division.

Mr. Helfand is also set for a multi-day hearing beginning May 12, 2025 before an NLRB Administrative Law Judge in Case No. 16-CA-310486; *HNP Claim Care, Inc. v. Mistie Gorajewski*.

Plaintiffs are unopposed to Defendant's request that the Court adjourn the status conference currently set for May 6, 2025 until no earlier than the week of May 19, 2025 as Plaintiffs' counsel are unavailable on May 16, 2035 but they are available between May 19 and May 21, inclusive.

Defendant respectfully requests the Court adjourn the status conference for a date after May 16, 2025 to allow lead trial counsel, Mr. Helfand to attend the status conference.

                            Respectfully submitted,

                            William S. Helfand of
                            LEWIS BRISBOIS BISGAARD & SMITH LLP

WSH/dg

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

156242507.2

The Honorable Judge Andrew L. Carter, Jr.
April 25, 2025
Page 2

cc:  J. Burkett McInturff
Email: jbm@wittelslaw.com
Jessica Hunter
Email: jlh@wittelslaw.com
Tiasha Palikovic
Email: tpalikovic@wittelslaw.com
Steven Lance Wittels
Email: slw@wittelslaw.com
WITTELS MCINTURFF PALIKOVIC
18 Half Mile Road
Armonk, NY 10504

**ATTORNEYS FOR PLAINTIFF EDUARDO DIAZ**

Ana Getiashvili
Email: agetiashvili@meltzerlippe.com
Christopher Paul Hampton
Email: champton@meltzerlippe.com
Jonathan D. Farrell
Email: jfarrell@meltzerlippe.com
Nicholas Paul Melito
Email: nmelito@meltzerlippe.com
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
190 Willis Avenue
Mineola, NY 11501

Peter T. Shapiro
Email: Peter.Shapiro@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street, Suite 2100
New York, NY 10005

**ATTORNEYS FOR DEFENDANT
NEW YORK PAVING, INC.**

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 1, 2025
New York, NY

The Court GRANTS the adjournment request and adjourns the conference to May 22, 2025 at 11:30am.