UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDGARDO DIAZ                                               :

        Plaintiff,                                  :  ORDER

  -v.-                                                     :
                                                            18 Civ. 4910 (ALC) (GWG)
NEW YORK PAVING INC.,                                      :

        Defendant.                                  :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The parties may file brief letters responding to yesterday's filings (Docket ## 441, 442, 444) on or before May 28, 2025.

       SO ORDERED.

Dated: May 22, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge