**MEMO ENDORSED**



**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/11/2025

*Nicholas P. Melito, Esq.*
*Writer's Direct Dial: (516) 747-0300 x 288*
*Writer's Facsimile: (516) 237-2893*
*Email: nmelito@meltzerlippe.com*

June 9, 2025

**VIA ECF**
Honorable Andrew Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Diaz v. New York Paving, Inc.*
               Docket No. 18-CV-04910(ALC)(GWG)
               <u>MLGB File No. 09676-00110</u>

Dear Judge Carter:

      This firm is co-counsel to Defendant New York Paving ("Defendant") in the above-referenced matter. We write jointly with counsel for Plaintiffs to inform the Court the parties reached a settlement in principle during the settlement conference with Judge Gorenstein on June 5, 2025. Accordingly, the parties respectfully request the Court stay this action for sixty (60) days while the parties draft and execute all documents required for a class action settlement, select a settlement administrator and design a notice plan, and file a motion for preliminary approval and authorization of a notice plan.

      In accordance with Your Honor's Individual Rule 1(D), this request will affect the following filings:

- Plaintiffs' Opposition to Defendant's Objections Motion (ECF No. 446): due June 10, 2025;
- Plaintiffs' Opposition to Defendant's Reconsideration Motion (ECF No. 428): due June 17, 2025;
- Defendant's Reply in connection with the Reconsideration Motion: due July 1, 2025;
- Parties to exchange Pre-Trial Order items: due July 23, 2025;
- Parties to submit the Joint Pre-trial Order: due August 22, 2025; and
- Trial: *TBD*.

_____

**Long Island  |  New York City  |  Boca Raton  |  Miami**

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**

Honorable Andrew Carter
United States District Judge
Southern District of New York
June 9, 2025
Page 2

      This is the parties' first request to stay all deadlines pending the finalization of the settlement agreement and presentation of the settlement to the Court for preliminary approval. The Parties sincerely thank the Court for its time and consideration of the foregoing request.

      Respectfully submitted,

      */s/ Nicholas P. Melito*

NPM/kc      Nicholas P. Melito

cc:    All Counsel of Record (*via ECF*)

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 11, 2025
New York, NY

The Court hereby stays all deadlines in this case. The Parties are ORDERED to file a joint status report as to the status of the settlement agreement on August 8, 2025.