

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

May 28, 2025

MEMORANDUM ENDORSED

**VIA ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, NY 10007

    Re:    *Diaz v. New York Paving, Inc.*
              Docket No. 18 Civ. 4910 (ALC)(GWG)

Dear Judge Gorenstein:

    My firm is co-counsel for Defendant. We write pursuant to Your Honor's Individual Practice Rule 2.E., "Request to File Materials Under Seal", to provisionally seal the enclosures to Defendant's recently docketed letter motion (Dkt. 454). Plaintiff designated the enclosed documents as "Confidential" pursuant to the protective order in this matter.

    Consistent with Your Honor's Individual Practice Rule 2.E., "Request to File Materials Under Seal," Defendant has (1) filed a copy of the discovery letter in redacted form, with a slipsheet for the exhibits currently designated "Confidential;' and (2) filed under seal an unredacted copy of the letter and the exhibit.

    Also, pursuant to Your Honor's Individual Practice Rule 2.E., opposing counsel "has the obligation to make the written application to the Court justifying the proposed sealing and shall make the application within 7 days" from today.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
157854930.1

Hon. Gabriel W. Gorenstein
May 28, 2025
Page 2

We thank the Court for its attention to this matter.

Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel of Record (via ECF)

In light of the position taken in docket # 465, it appears that no party seeks sealing of these documents.  Accordingly, the motion to seal (Docket # 453) is denied.  The Clerk is directed to make Docket # 454 (including Docket ## 454-1 and 454-2) available to view by the public.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 8, 2025