UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

EDGARDO DIAZ, :

Plaintiff, : ORDER

-v.- :

18 Civ. 4910 (ALC) (GWG)

NEW YORK PAVING INC., :

Defendant. :

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Court has received a request to hold a conference regarding a dispute relating to the implementation of the Settlement Agreement. A video conference to resolve that dispute will take place on Tuesday, July 28, 2026, at 3:30 p.m. The public may listen to the conference by dialing (646) 453-4442 and using access code 510159889#. The Court will provide video login information to the parties by email. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

While the parties have referred to the conference as a mediation, the Court reserves right to adjudicate the dispute at the conference pursuant to §4.11(M) of the Settlement Agreement. The Court further requires that the parties to file a jointly-composed letter or separate letters that describe in full the dispute that the Court is being asked to resolve, giving both sides' positions. Such letter or letters shall be filed by July 27, 2026. The parties should discuss immediately whether they intend to provide a jointly-composed letter.

SO ORDERED.

Dated: July 23, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge