UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

EDGARDO DIAZ, :

Plaintiff, : ORDER

-v.- : 18 Civ. 4910 (ALC) (GWG)

NEW YORK PAVING INC., :

Defendant. :

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The Court will hold an additional conference by video regarding the dispute relating to the implementation of the Settlement Agreement on Wednesday, August 5, 2026, at 3:30 p.m. The public may listen to the conference by dialing (646) 453-4442 and using access code 752114549#. The Court will provide video login information to the parties by email. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

Once again, the Court reserves right to adjudicate the dispute at the conference pursuant to §4.11(M) of the Settlement Agreement. If, however, the parties settle the dispute before the conference, they may cancel the conference by filing a letter on ECF or by informing the Court directly at the conference.

SO ORDERED.

Dated: August 4, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge